UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:22-cv-00775-SSS-SPx | Date | September 13, 2023 |
|---|---|---|---|
| Title | Mario Amaya v. Laboratory Corporation of America, et al. | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE TRIAL FILINGS**

On October 12, 2022, the Court issued the Civil Trial Order requiring the parties to submit two rounds of trial filings.  [Dkt. 21 at 4].  The first round of trial filings were due September 8, 2023, and the second are due on September 22, 2023.  [*Id.*].  As of this date, the parties have failed to file the *first round* trial filings.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this Court should not dismiss this case for lack of prosecution.  *See* Fed. R. Civ. P. 41(b).  Additionally, both parties are **ORDERED TO SHOW CAUSE** why this Court should not impose sanctions for their failure to comply with the Civil Trial Order and otherwise communicate with the Court.  The parties must file a written response to this order in writing by no later than **September 22, 2023**.  The order to show cause may be discharged if the parties file *both* rounds of trial filings by the previously mentioned date and sufficiently explain their failure to comply with the Civil Trial Order.

**IT IS SO ORDERED.**